

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00061-CV

COLLINS-LEVERETT ASSOCIATES, INC.      APPELLANT

V.

CRISIS PREGNANCY CENTER OF DENTON COUNTY D/B/A WOMAN TO WOMAN PREGNANCY RESOURCE      APPELLEE

------------

## FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Dismiss Appeal."

The motion is **GRANTED**. We set aside without regard to the merits the trial court's judgment and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  March 24, 2011